# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 6, 2016

## NO. 03-14-00463-CV

**Don Titel and Carol Titel, Appellants**

**v.**

**Morris G. Melchor and Lisa Melchor, Appellees**

### APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
### AFFIRMED ON MOTION FOR REHEARING -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on June 30, 2014. The Court's opinion and judgment dated November 18, 2015 are withdrawn. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellants shall pay all costs relating to this appeal, both in this Court and the court below.